Raychelle of: Burwell

c/o 1094 dekalb ave #105

NY11221-5421US

6/14/2021

IN THE DISTRICT COURT OF THE UNITED

STATES DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raychelle of: Burwell | ] | Case #_____ |
| Plaintiff | ] | Complaint, request for emergency permanent injunctive relief, Demand For Trial By Jury, |
| Vs. | ] | Reserve The Right To Amend |

HUDSON HOME MANAGEMENT LLC ]

    KIMBERLY TEEVES  ]

       Defendant's  ]

## 2 MILLION DOLLAR CIVIL COMPLAINT FOR VIOLATION OF THE CONSTITUTION, VIOLATION 18 USC SEC. 241, AND 18 U.S.C CODE SEC 242 DEPRIVATION Of RIGHTS UNDER COLOR OF LAW CONSPIRACY AGAINST RIGHTS, RACKETEERING, TRESSPASS AND CONVERSION

_[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

COMES NOW, Raychelle of: Burwell, proceeding *as Sui Juris in Pro Per*, and I' have reserved rights under the UCC 1-308, formally 1-207, and demand the statutes used in this court be construed in harmony with Common Law. The code is complimentary to the common law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the common law, unless there is a clear legislative intent to abrogate the common law. The code was written as not to abolish the common law entirely. I was not involved with an international maritime contract, so in good faith, I deny that such a contract exists, and demand the court proceed under Common Law Jurisdiction. I'm only aware of two jurisdiction the court can operate under as per the Constitution, and those jurisdiction are Common Law, and Admiralty Jurisdiction. If the court chooses to proceed under Admiralty Jurisdiction, I' will need

the court to inform me where I' can find the rules of procedures for admiralty jurisdiction for my review, to avoid a violation of my due process, which will result in a civil claim against the court for obstruction of the administration of justice.

Plaintiff, files her civil lawsuit for violation of Constitutional Rights pursuant to 18 U.S.C Sec. 241, and Sec. 242 Conspiracy against Rights, and Racketeering Statutes (R.I.C.O.), and Trespass to land with intentional interference with property R.I.G.L. 11-44-26. Willful trespass — remaining on land after warning and VA 18.2-115. Fraudulent conversion or removal of property.

## I. The Parties:

1. Plaintiff, Raychelle of: Burwell with a mailing address of c/o 1094 Dekalb ave #105 NY11221-5421US

2. Defendants, HUDSON HOMES MANAGEMENT LLC with an address of 3701 Regent Blvd, Ste. 200 Irving, TX 75063 and principal address 1999 Bryan St Ste 900 Dallas, TX 75201-3140 and KIMBERLY TEEVES DBA THE KIMBERLY GROUP LLC with and address of 300 Centerville Rd Suite 300W, Warwick, RI 02886

## II. JURISDICTION:

3. Plaintiff is suing for Conspiracy against rights for unlawful conversion, racketeering. These crimes are in Federal Subject Matter Jurisdiction by way of Acts of Congress, such as the Civil Rights Act 1866, the Sherman Antitrust Act.

4. The Constitution and 28 U.S.C. § 1332 vest federal courts with jurisdiction to hear cases that "arise under" federal law.

5. The Constitution vests federal courts with the authority to hear cases "arising under th[e] Constitution [or] the Laws of the United States." U.S. Const. art III, § 2. Congress vests federal district courts with subject-matter jurisdiction over cases involving questions of federal law:

6. "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

## FACTS

1. By purchase and sale executed 21 January 2021, the title to 61 Hewett Street RI02889-9603US, was acquired fee-simple.
2. On February 9th the locks were changed and on February 10th it was revealed that the culprit was an Individual The Kimberly Group LLC and the Principal being Kimberly Teeves.
3. The Kimberly group LLC became known to Us because the locks were changed back to our benefit with a No Trespass notice placed on the door and instructions to contact Ray-el: to identify themself.
4. We were first contacted by an agent of The Kimberly Group LLC who informed us he was a contractor and that the agent would be contacting the trust soon after the call ended.
5. After the call ended, we then received a call from the person who introduced herself as Kimberly Teeves. We informed ms. Teeves that Raychelle of: Burwell was the beneficial owner of the property to which she then asked for documentation and offered her email address (Kim@Thekimberlygroup.net). Ms. Teeves was asked if she had a fax number to which she then replied she did not. The email address was noted and the call ended. Approximately 9 minutes later, Raychelle of: Burwell sent via email ms. Teeves a copy of the contract along with the copy of the note. ms. Teeves responded in the email address by informing Raychelle of: that the bona fide evidence was not proof of ownership, informed she would forward the paper work to the bank and would call the police if the bank did not confirm.
6. On February 12th, we received a call from an officer Bell who asked Raychelle of: Burwell to explain the incident. After the explanation, he informed that it was a civil issue and that they could do a thing in the matter. However, not before they tried to convince Raychelle of: Burwell that ms. Teeves was the bank. Once it was clearly established that ms. Teeves was not the bank, but an agent of Hudson Homes Management LLC, the officer informed there was nothing he could do.
7. On February 16 Raychelle of: Burwell contacted the police to inform that the doors of her home had been damaged. Ms. Teeves broke off keys into the front door lock, restricting access. Ms Teeves also erected a "FOR SALE" sign in the yard. It is important to note that The Kimberly Group LLC did not have possession of the home and broke into the home.

Once the police arrived, he heard the plea and re-iterated what officer Bell spoke, he could not do anything.

8. On March 8th, HUDSON HOMES MANAGEMENT LLC received an INTENT TO LIEN notice from Burwell Trust, On the 9th of March a CEASE & DESIST was received by HUDSON HOMES MANAGEMENT LLC. On March 19th, authorized agents Raychelle of: Burwell, Charlotte of: Renault C & Janell of: Alvarado, went to the house to fix the locks that had been damaged by the Kimberly group

9. At around 1:30pm on March 19th we went to Raychelle's house in Warwick. There were two people in a truck parked in the driveway when we arrived. Our locksmith arrived at the same time. As we were preparing to exit the car while parked off of the property, one of the people already at the house approached me and said "can I help you?".

10. The agent, Charlotte, informed them that I was there representing Burwell Trust and asked who they were. They said they were there on behalf of Kimberly Teeves and Hudson doing work. Charlotte informed she was with the home owner who had not authorized that any work be done. Charlotte then asked the name of the bank in 'supposed' ownership of the home and they claimed it was above their pay grade.

11. Charlotte asked the name of the company they represented and they responded Berencini Construction. They left the property and Charlotte and Ray-el began a walk through of the house with the locksmith.

12. The Kimberly group had authorized a demolition of the bathroom. The sink was in the living room, the walls had been torn down, the windows had been changed and wood materials were scattered throughout and the door was completely off the hinge.

13. Agents walked back to the front door and noticed the pick up truck returning to the house and upon seeing us outside of the home; they turned around and left again. Charlotte then called the locksmith off and hung notices of Trespass on both the front and garage door demanding that work and any other interactions with the home halt.

14. On March 28, agents returned to the home to see that the notices had been thrown in the trash. The beneficial owner changed the locks and re-posted the No Trespass Notices.

15. On April 1st, Burwell Trust sent a cease & Desist to the Kimberly Group LLC with an address of 300 Centerville Rd Suite 300W, Warwick, RI 02886 Postal Express EJ508092457US with return receipt requested.
16. On April 11th, authorized agent Janell: Alvarado visited the personal property to make sure no trespassing had occurred. Janell entered the property and noticed the bottom locks had been tampered with. She proceeded upstairs and noticed work had been done on the 2nd level bathroom floor and wall. This work had previous been left undone.
17. The Kimberly group LLC nor Ms. Teeves have responded to any presentments and continue to trespass and continue to trespass.
18. On June 9th, Kimberly Teeves cause the property to go up on sale on various sites such as Zillow with representations of the property being available for sale.

    18.1 Plaintiff has exhausted all of her administrative remedies prior to bringing this suit.

## Reservation Of Rights

19. I have reserved my rights under the UCC 1-308, formally 1-207, and demand the statutes used in this court be construed in harmony with Common Law.

20. The code is complimentary to the common law, which remains in force, except where displaced by the code.

21. A statute should be construed in harmony with the common law, unless there is a clear legislative intent to abrogate the common law.

22. The code was written as not to abolish the common law entirely.

23. I was not involved with an international maritime contract, so in good faith, I deny that such a contract exists, and demand the court proceed under Common Law Jurisdiction.

24. I'm only aware of two jurisdiction the court can operate under as per the Constitution, and those jurisdiction are Common Law, and Admiralty Jurisdiction.

25. If the court chooses to proceed under Admiralty Jurisdiction, I' will need the court to inform me where I' can find the rules of procedures for admiralty jurisdiction for my review, to avoid a violation of my due process, which will result in a civil claim against the court for obstruction of the administration of justice.

### Elements For Common Law:

26. Controversy (The listed defendants)

27. Specific Claim (Violation of the Constitution, 18 U.S.C. 241, sec. 2414, R.I.C.O.

28. Specific Remedy Sought by Claimant (Immediate Injunctive relief and damages)

29. Claim is Sworn To By (Affidavit of Verification attached), and I will verify in open court that all herein be true.

### The Claims:

#### COUNT 1(42 U.S.C. Sec. 1986)

30. Had power to prevent or aid in preventing the commission of a criminal act and neglects or refuses so to do

#### COUNT 11 (18 U.S.C. Sec. 2331);

31. Act or acts of terrorism intended to intimidate or coerce a civilian

#### COUNT 111(18 U.S.C. Sec. 1622);

32. Subornation of perjury by procuring another to commit perjury

#### COUNT 1V (Article III, Section 3; 18 U.S.C. Sec. 2381);

33. Treason against the American People by levying war against their Constitution or aiding its enemies

#### COUNT V (18 U.S.C. Sec. 2383);

34. Insurrection against the Constitution by inciting, assisting or engaging in rebellion against the Constitutional authority of the United States

#### COUNT V1(18 U.S.C. Sec. 1509);

35. Impeding due exercise of rights by attempting to prevent, obstruct, impede or interfere with same

#### COUNT V11(18 U.S.C. Sec. 1956);

36. Money laundering by conducting or attempting to conduct a financial transaction with the proceeds of an unlawful activity

COUNT V111(18 U.S.C. Sec. 1346);

37. Scheme or artifice to defraud by depriving another of the intangible right of honest services

COUNT 1X (18 U.S.C. Sec. 1962);

38. Racketeering by conducting an ongoing enterprise of robbery, bribery, extortion, or threats of same

COUNT X (18 U.S.C. Sec. 1025);

39. Theft within the special maritime jurisdiction by obtaining something of value from a private man, one of the people, or procuring the execution, endorsement, or signature and delivery of a negotiable instrument, draft, check or real or personal property under fraud or false pretenses

COUNT X1 (10 U.S.C Sec. 921 - Art. 121.)

40. Larceny and wrongful appropriation

42. Defendants have committed conversion by unreasonably withholding possession from the entitled holder of the private note and who has a rite to it.

41. The defendants have intentionally or negligently taken actions which have caused the plaintiffs severe emotional distress.

Wherefore, having set forth various causes of action against the defendants, the plaintiffs pray for the following relief:

42. To have a permanent injunction against defendants from entering land 61 Hewett street RI02889-9603US

43. To have the actions of defendants be determined to be unfair and deceptive business practices in violation of Federal Laws.

44. To have the public debt attached to the plaintiff's property discharged.

45. Order an investigation into the defendant's for R.I.C.O. violations.

8

46. To be awarded compensatory and punitive damages in the amount of 2 million dollars for punitive damages, and emotional stress.

47. That the Court grant any other relief that may be just or equitable.

*[signature]* 6/14/2021

Raychelle of: Burwell

VERIFICATION:

I' Raychelle of: Burwell, declare under penalty of perjury in accordance with the Laws of the United States of America that the foregoing is true and correct and complete to the best of my knowledge and belief.

_____ on this 14th Day, of June 6/14/2021

Raychelle of: Burwell

On this ____ day of _____, 6/14/2021 before me, the undersigned, a Notary Public in and for the State of New York Republic, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he has Executed the same.

Signed: _____

Printed Name: Munaza Ra K. Wejuli

My Commission Expires: Feb 26, 2022

Date: 6/14/21   Common Law Seal: New York

Munaza Ra Wejuli El
Notary Public, State of New York
No. 01WE6371054
Qualified in Kings County
Commission Expires February 26, 2022

