UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
RAYCHELLE OF: BURWELL,             )
                                   )
       Plaintiff,                  )
                                   )
  v.                               )    C.A. No. 21-264 WES
                                   )
HUDSON HOME MANAGEMENT, LLC,       )
et al.,                            )
                                   )
       Defendants.                 )
_____)

### ORDER

On June 29, 2021, Magistrate Judge Lincoln D. Almond issued a Report and Recommendation, ECF No. 3, recommending that the Court dismiss Plaintiff's Complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). No objections have been filed. Based on a careful review of the relevant papers, the Court ACCEPTS the report and ADOPTS the recommendations and reasoning set forth therein. See 28 U.S.C. § 636(b)(1)(C). Accordingly, Plaintiff's Complaint, ECF No. 1, is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

_____
William E. Smith
District Judge
Date: July 19, 2021